UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

    - against -            :            **ORDER**

NATHANIEL L. ORTIZ,            :            08 Cr. 548 (DC)

        Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On February 4, 2026, defendant Nathaniel L. Ortiz, filed a motion for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(B).  Dkt. 406.  It is hereby ORDERED as follows:

(1)  The Government shall respond to the motion by Friday, February 20, 2026; and

(2)   If Mr. Ortiz wishes to submit reply papers, he shall do so by Friday, February 27, 2026; and

(3)  The Court will hear oral argument on the motion on Thursday, March 5, 2026 at 3pm, at the Thurgood Marshall United States Courthouse, 40 Foley Square, courtroom to be determined.

SO ORDERED.

Dated:     New York, New York
           February 5, 2026

                    ____/s/ Denny Chin_____
                    DENNY CHIN
                    United States Circuit Judge
                    Sitting by Designation