UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

     - against -                                  :                    **ORDER**

NATHANIEL L. ORTIZ,                           :                    08 Cr. 548 (DC)

           Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

       On February 4, 2026, defendant Nathaniel L. Ortiz filed a motion for a reduction of his sentence.  Dkt. 406.  This Court then set a schedule for briefing and oral argument.  Dkt. 409.  The Government opposes, and requests this Court cancel further briefing and oral argument.  Dkt. 411 at 1.  It argues principally that this Court lacks authority to reduce Ortiz's sentence pursuant to 18 U.S.C. § 3582(c)(2) because Ortiz's sentencing range has not been reduced.  *See generally id.*

       Defendant shall address this argument advanced by the Government in his reply papers due Friday, February 27, 2026.  It is hereby ORDERED that oral argument is cancelled pending review of the parties' briefing, and may be rescheduled if the Court determines it may reach the merits of Ortiz's motion.

       SO ORDERED.

Dated:     New York, New York
           February 24, 2026

                                /s/ Denny Chin
                              DENNY CHIN
                              United States Circuit Judge
                              Sitting by Designation